AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

SPRINT SPECTRUM L.P.,
        Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

CITY OF LAWRENCE, ZONING BOARD OF APPEALS OF THE CITY OF LAWRENCE, FRANCIS A. AUDY, APRIL LYSKOWSKY, JOSEPH F. SIROIS, RICHARD CONSOLI and GAYLE WILLIAMS in their capacities as members of the Zoning Board of Appeals of the City of Lawrence,
        Defendants

CASE NUMBER: 05 11325 RGS

TO: (Name and address of Defendant)

April Lyskowsky
3 Currier Street
Lawrence, MA 01841

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Wayne F. Dennison, Esq., Brown Rudnick Berlack Israels LLP,
One Financial Center, Boston, MA 02111

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN 2 4 2005

CLERK        DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

District of   Massachusetts

SPRINT SPECTRUM L.P.,
  Plaintiff
V.

CITY OF LAWRENCE, ZONING BOARD OF APPEALS
OF THE CITY OF LAWRENCE, FRANCIS A. AUDY,
APRIL LYSKOWSKY, JOSEPH F. SIROIS,
RICHARD CONSOLI and GAYLE WILLIAMS in
their capacities as members of the Zoning
Board of Appeals of the City of Lawrence,
  Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   05 11325 RGS

TO: (Name and address of Defendant)

Joseph F. Sirois
106 Chester Street
Lawrence, MA  01843

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Wayne F. Dennison, Esq., Brown Rudnick Berlack Israels LLP,
One Financial Center, Boston, MA  02111

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN 2 4 2005

CLERK                                                            DATE



(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

SPRINT SPECTRUM L.P.,
         Plaintiff

V.

CITY OF LAWRENCE, ZONING BOARD OF APPEALS
OF THE CITY OF LAWRENCE, FRANCIS A. AUDY,
APRIL LYSKOWSKY, JOSEPH F. SIROIS,
RICHARD CONSOLI and GAYLE WILLIAMS in their
capacities as members of the Zoning Board
of Appeals of the City of Lawrence,
         Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 11325 RGS

TO: (Name and address of Defendant)

Gayle Williams
37 Hillside Avenue
Lawrence, MA   01841

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Wayne F. Dennison, Brown Rudnick Berlack Israels LLP,
One Financial Center, Boston, MA   02111

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN 2 4 2005

| CLERK | DATE |
|---|---|
|  | |
| (By) DEPUTY CLERK | |

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

SPRINT SPECTRUM L.P.,
        Plaintiff

V.

CITY OF LAWRENCE, ZONING BOARD OF APPEALS
OF THE CITY OF LAWRENCE, FRANCIS A. AUDY,
APPIL LYSKOWSKY, JOSEPH F. SIROIS,
RICHARD CONSOLI and GAYLE WILLIAMS in their
capacities as members of the Zoning Board
of Appeals of the City of Lawrence,
        Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05        RGS

TO: (Name and address of Defendant)

Francis A. Audy
641 Lowell Street
Lawrence, MA 01841

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Wayne F. Dennison, Esq., Brown Rudnick Berlack Israels LLP, One Financial Center, Boston, MA 02111

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN 3 2005

CLERK                                                      DATE

(By) DEPUTY CLERK

◆AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

SPRINT SPECTRUM L.P.,
        Plaintiff

V.

CITY OF LAWRENCE, ZONING BOARD OF APPEALS
OF THE CITY OF LAWRENCE, FRANCIS A. AUDY,
APRIL LYSKOWSKY, JOSEPH F. SIROIS,
RICHARD CONSOLI and GAYLE WILLIAMS in
their capacities as members of the
Zoning Board of Appeals of the
City of Lawrence,
        Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   05 11325 RGS

TO: (Name and address of Defendant)

Atty. Richard P. Consoli
51 Stearns Avenue
Lawrence, MA  01841

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Wayne F. Dennison, Esq., Brown Rudnick Berlack Israels LLP,
One Financial Center, Boston, MA  02111

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON          JUN 2 4 2005

CLERK          DATE



(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    Massachusetts

SPRINT SPECTRUM L.P.,
        Plaintiff

V.

CITY OF LAWRENCE, ZONING BOARD OF APPEALS OF THE CITY OF LAWRENCE, FRANCIS A. AUDY, APRIL LYSKOWSKY, JOSEPH F. SIROIS, RICHARD CONSOLI, and GAYLE WILLIAMS, in their capacities as members of the Zoning Board of Appeals of the City of Lawrence,
        Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05   11325 RGS**

TO: (Name and address of Defendant)

City of Lawrence
Zoning Board of Appeals
Municipal Building
200 Common Street
Lawrence, MA  01840

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Wayne F. Dennison, Esq., Brown Rudnick Berlack Israels, LLP, One Financial Center, Boston, MA  02111

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN 23 2005

CLERK                                                           DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

District of Massachusetts

SPRINT SPECTRUM L.P.
        Plaintiff

V.

CITY OF LAWRENCE, ZONING BOARD OF APPEALS OF THE CITY OF LAWRENCE, FRANCIS A. AUDY, APRIL LYSKOWSKY, JOSEPH F. SIROIS, RICHARD CONSOLI, and GAYLE WILLIAMS in their capacities as members of the Zoning Board of Appeals of the City of Lawrence,
        Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 11325 RGS

TO: (Name and address of Defendant)

City of Lawrence
City Clerk
Municipal Bldg.
200 Common Street
Lawrence, MA 01840

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Wayne F. Dennison, Esq., Brown, Rudnick, Berlack Israels LLP, One Financial Center, Boston, MA 02111

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON        JUN 2 3 2005

CLERK        DATE

(By) DEPUTY CLERK