UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPRINT SPECTRUM L.P., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CITY OF LAWRENCE, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11325-RGS |

**LOCAL RULE 16.1 (D) JOINT SCHEDULING STATEMENT**

This action arises out of the denial by the City of Lawrence (the "City") of Sprint Spectrum L.P.'s ("Sprint PCS") application for a Variance or Special Permit to authorize the installation of a personal wireless services telecommunications facility (including related equipment) at 355 Park Street, Lawrence, MA. Sprint Spectrum asserts that the City's action violates the Federal Telecommunications Act of 1996, 47 U.S.C. § 332(c).

The Defendants contend that the City acted in good faith, within their and its discretion, and in full compliance with the Telecommunications Act.

I.   AGENDA FOR SCHEDULING CONFERENCE

The parties respectfully request that the Court consider and adopt the Proposed Pre-Trial Schedule at Point VI, *infra*.

II.   LOCAL RULE 16.1(C) COMPLIANCE

In compliance with Local Rule 16.1 (C), Sprint PCS has provided the City with a written offer of settlement.

III.   DISCOVERY EVENT LIMITATIONS

The parties shall conform to the obligation to limit discovery as set forth in Fed. R. Civ. P. 26 (b).

IV.   POTENTIAL PHASING OF DISCOVERY

Although the parties are cognizant of the desirability of conducting phased discovery, they do not deem this case suitable for phased resolution. The parties each have sufficient information presently available to them to make realistic assessments of the case. Moreover, discovery directed to both liability and damages will likely to be less costly if conducted contemporaneously.

V.   NECESSITY OF DISCOVERY AND EXPEDITED REVIEW

The prompt resolution of this matter is mandated by statute. 47 U.S.C. §332 (c)(7)(B). The parties are also cognizant that this action is to be provided expedited review in this Court and that some of the claims asserted by Sprint PCS are to be determined on the existing record. Sprint PCS, however, seeks discovery related to its so-called "effective prohibition" and "unreasonable discrimination" claims. Those claims, which arise under the Federal Telecommunications Act of 1996, are to be reviewed *de novo* by this Court and may be established with evidence outside the existing record before the City.

The City seeks discovery related to Sprint PCS' claims of the requirement for an additional cell cite in the City of Lawrence, the propagation study and supporting documents. The City also seeks supporting documentation, interoffice memoranda, expert study results and other documentation that support Sprint PCS' claims that location of the Plaintiff

technological equipment must only occur within the City of Lawrence to address the lack of coverage overlap as claimed by Sprint PCS.

VI. PROPOSED PRE-TRIAL SCHEDULE (EXPEDITED)

The parties propose the following discovery schedule:

a. all written discovery and the depositions of fact witnesses completed by December 30, 2005.

b. expert identification and reports due by December 30, 2005.

c. expert depositions, if any, completed by January 13, 2005.

The parties propose the following motion schedule:

a. all discovery motions filed by the completion of discovery on December 30, 20 )

b. Summary judgment motions, if any, due January 30, 2006.

c. Oral argument and trial, if necessary, to be scheduled at the Court's convenience thereafter.

VII. ALTERNATIVE DISPUTE RESOLUTION ("ADR")

The Parties are amenable to mediation of this dispute.

VII. CONSENT TO MAGISTRATE

Sprint PCS does not consent to trial by magistrate judge.

VII. CERTIFICATION OF CLIENT CONFERENCES

The parties' Local Rule 16.1(D)(3) certifications will be separately filed with the Court.

| CITY OF LAWRENCE | SPRINT SPECTRUM L.P. |
|---|---|
| By is attorneys, | By its attorneys, |
| Richard J. D'Agostino (BBO #633984) | Wayne F. Dennison (BBO #558879) |
| Office of the City Attorney | BROWN RUDNICK BERLACK ISRAELS L |
| City of Lawrence | One Financial Center |
| 200 Common Street | Boston, MA 02111 |
| Lawrence, MA 01840 | (617) 856-8200 |
| (978) 794-5800 | |