# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SPRINT SPECTRUM L.P.,<br><br>    Plaintiff,<br>v.<br><br>CITY OF LAWRENCE, et al.<br><br>    Defendants. | Civil Action No. 05-11325-RGS |

## PLAINTIFF'S MOTION TO EXTEND DISCOVERY AND BRIEFING SCHEDULE (ASSENTED TO)

Plaintiff Sprint Spectrum L.P.'s ("Sprint PCS") hereby respectfully requests that the discovery and briefing schedule in this action be extended by a period not to exceed sixty-days. In support of this motion, Sprint PCS states as follows:

1. The parties requested an expedited schedule in this case that included a referral to this Court's mediation program and a mediation in December 2005.

2. Although this Court made the required referral, no mediation has yet been scheduled or held.

3. The parties would like the opportunity to participate in mediation before expending additional resources.

4. The requested extension is not to exceed sixty (60) days and thus will result in no material delay in the final disposition of this matter by this Court, if necessary.

5. The defendants, through counsel, have expressed their assent to this request.

Plaintiff therefore respectfully requests that the discovery and briefing schedule be amended as follows:

- 2-

a. all written discovery and the depositions of fact witnesses completed by February 28, 2006.

b. expert identification and reports due by February 28, 2006.

c. expert depositions, if any, completed by March 13, 2006.

d. all discovery motions filed by the completion of discovery on February 28, 2006

e. Summary judgment motions, if any, due March 30, 2006.

f. Oral argument and trial, if necessary, to be scheduled at the Court's convenience thereafter.

|  | **SPRINT SPECTRUM L.P.**<br>By its attorneys,<br><br>/s/ Wayne F. Dennison<br>Wayne F. Dennison (BBO #558879)<br>**BROWN RUDNICK BERLACK ISRAELS LLP**<br>One Financial Center<br>Boston, MA  02111<br>(617) 856-8200 |
|---|---|